Case 1:24-mj-00211-RMM   Document 1-1   Filed 0

Case: 1:24-mj-00211
Assigned to: Judge Meriweather, Robin M.
Assign Date: 6/28/2024
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, ███████████, is a Detective with the Glendale, Arizona Police Department, where I have been employed since 1994. I have been assigned to the Patrol Bureau, Special Investigations Unit, and Special Operations. In 2007, I was assigned to the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF). As such, I am a cross designated sworn Task Force Officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses. I am currently assigned to the Phoenix Field Office in Phoenix, Arizona. My duties for the JTTF include investigating acts of domestic terrorism. I have been the lead agent for investigations targeting individuals and groups engaged in acts, conspiracies, plots, plans, and various violations of federal law aimed at overthrowing or influencing federal or state governments, policies, and/or civilian populations by way of threats, force, or violence. I have considerable experience in all aspects of conducting such investigations to include, utilizing physical and electronic surveillance techniques, writing and executing search warrants including those related to various technologies. In addition to my regular duties, I am currently tasked with investigating criminal activity that occurred in and around the United States Capitol on January 6, 2021. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 27, 2021, FBI received a tip that JASON TASKER's mother was showing videos taken by TASKER inside the U.S. Capitol on January 6, 2021 to her friends. Another tip identified TASKER in publicly available video from January 6, 2021. In the video, TASKER is talking to someone on the phone and says that he was one of the first people inside the Capitol. IMAGE 1 below is a screenshot from the reported video.



**IMAGE 1** – TASKER on his phone on the East Capitol Steps on January 6. 2021.

On February 3, 2021, an FBI agent conducted an interview with one of TASKER's friends in Denver. The friend told agents that TASKER advised that TASKER was going to "do tourist stuff" in Washington D.C. about a week before January 6, 2021. TASKER provided the friend with his flight information that included a return date of January 7, 2021 on Frontier Airlines. Legal process to Frontier Airlines confirmed that TASKER flew from Denver to Washington, D.C. on January 5, 2021 and returned to Denver on January 7, 2021.

On April 27, 2021, FBI agents interviewed a family friend, who told agents that TASKER's mother had shown them pictures of TASKER at the Capitol. The friend advised that TASKER's mother bought TASKER the plane ticket to travel to Washington, D.C. The family friend was

shown pictures of TASKER at the Capitol, and the friend identified him wearing a puffy jacket as shown in IMAGE 1.

On May 4, 2021, FBI agents spoke with one of TASKER's acquaintances in Phoenix, Arizona. The acquaintance told agents that TASKER showed the friend selfies TASKER took inside the Capitol on January 6, 2021. TASKER told the friend that the trip to Washington, D.C. was a Christmas gift from his mother. Consistent with this information, legal process to Frontier Airlines confirmed that TASKER's mother (whose name is known to your affiant) paid for the airline ticket on December 20, 2020.

Open-source video, U.S. Capitol security cameras, and body-worn cameras captured images of the individual identified as JASON ROBERT TASKER of Phoenix, AZ participating in the riot at the U.S. Capitol on January 6, 2021.

TASKER attended the "Stop the Steal" rally at Ellipse Park before marching to the west side of the Capitol. At the rally, TASKER was wearing sunglasses and a red beanie with the Under Armor logo on it as shown in IMAGE 2 below.



**IMAGE 2** – TASKER at the "Stop the Steal" rally.

TASKER appeared on CCTV around 1:58 p.m., when he climbed onto the Northwest Stairs, as shown in IMAGE 3 below. Another rioter helped TASKER onto the stairs. While on the stairs, TASKER talked on his phone, as shown in IMAGE 4. This happened before rioters breached the police line in front of the Northwest Scaffolding. At some point between the rally and climbing onto the Northwest Stairs, TASKER removed his jacket and put on a white gaiter. Under his jacket, TASKER wore a gray short-sleeve T-shirt.


**IMAGE 3** – TASKER climbs onto the Northwest Stairs.


**IMAGE 4** – TASKER making a call on the Northwest Stairs.

After he finished his phone call, TASKER helped lower a bike rack down as shown in IMAGE 5. He then climbed down to the Northwest Lawn. TASKER used his phone to take a video or picture on the Northwest Lawn as shown in IMAGE 6.



**IMAGE 5** – TASKER helps hand down a bike rack to climb up the side of the Northwest Stairs.



**IMAGE 6** – TASKER using his phone to take a video or photo on the Northwest Lawn.

On the Northwest Lawn, TASKER joined a group of rioters that surrounded Capitol Police officers as shown in IMAGE 7. TASKER followed the officers around the Capitol Building, yelling at them as shown in IMAGE 8. In an open-source video, TASKER yelled at officers, "All of you are dismissed, go home!"



**IMAGE 7** – TASKER films on his phone as rioters push U.S. Capitol Police officers toward the Capitol building on the Northwest Lawn.



**IMAGE 8** – TASKER follows Capitol Police officers around the Capitol Building yelling and filming on his phone.

TASKER arrived at the North Screening Entrance on the East Side. Capitol Police officers were stationed behind bike racks. TASKER screamed at the officers that blocked the way as shown in IMAGE 9. Within a few minutes, the rioters broke through the barriers. Around 2:17pm, CCTV captured TASKER enter the East Plaza of the Capitol as shown in IMAGE 10.



**IMAGE 9** – TASKER screams at Capitol Police at the North Screening entrance barricades.



**IMAGE 10** – TASKER enters the East Plaza of the Capitol while using his phone.

TASKER walked to the Senate Carriage Door as shown in IMAGE 11. TASKER forced his way to the front of the group. At the front, TASKER then flung himself toward police officers who pushed him back as shown in IMAGE 12. Officers then directed other rioters out of the Senate Carriage Doors.



**IMAGE 11** - TASKER joins rioters at the Senate Carriage doors.



**IMAGE 12** – TASKER lunges at police officers at the Senate Carriage Doors

After TASKER lunged, officers continued to funnel rioters out of the Senate Carriage doors. While officers attempted to clear rioters from the building, TASKER lunged at officers a second time. TASKER grabbed onto two U.S. Capitol officers as he tried to force his way inside as shown in IMAGES 14 and 15.



**IMAGE 14** – TASKER grabs onto an officer as he attempts to breach the line.



**IMAGE 15** – TASKER grabs a second officer during his attempt to breach the line.

After TASKER's second lunge, an officer deployed OC spray that caused TASKER to retreat as shown in IMAGE 16. TASKER then appeared to struggle with another officer stationed outside the door as shown in IMAGE 17. A rioter, who was standing inside, refused to go outside, and told officers he would not go "out there" after he watched TASKER attack officers. Immediately after TASKER was ejected from the building, officers stopped directing rioters through the Senate Carriage doors and closed them.



**IMAGE 16 –** An officer uses OC spray on TASKER inside the Senate Carriage doors.



**IMAGE 17 –** TASKER struggles with an officer outside the Senate Carriage doors.

TASKER walked away from the Senate Carriage doors toward the East Plaza. TASKER lost his hat during his struggle with police, and his sunglasses disappeared. Around 2:26pm, another rioter handed TASKER milk that he used to wash the OC spray out of his eyes as shown in IMAGE 18.



**IMAGE 18** – TASKER pours milk in his eyes after being OC sprayed.

Around 2:30 p.m. on the East Plaza, TASKER pulled a coat out of his backpack and put it on as shown in IMAGE 19. TASKER walked toward the stairs to the Capitol building. TASKER stopped to yell at police officers as shown in IMAGE 20, before he climbed the east steps toward the building.




**IMAGE 19** – TASKER putting on a puffer jacket with orange lining.

**IMAGE 20** – TASKER yells at police officers on the East Plaza.

TASKER joined the mob on the East Stairs around 2:43 p.m. TASKER reappears on CCTV at 3:02 p.m., when he entered the Rotunda Doors as shown in IMAGE 21. He pulled out his phone and appeared to film as he entered the East Foyer.



**IMAGE 21** – TASKER enters the Rotunda Lobby at 3:02 p.m.

TASKER marched through the East Foyer to the Rotunda. Inside, TASKER used his phone to take pictures and/or photographs. As police formed a line to direct the mob out of the Rotunda, TASKER went to the police line and confronted officers as he filmed as shown in IMAGES 22 and 23. He yelled at officers about pepper spray as he walked down the line.

 

**IMAGE 22** – TASKER films the police line in the Rotunda  
**IMAGE 23** – TASKER yells at officers while filming in the Rotunda

TASKER remained in the Rotunda until 3:11 p.m. He returned to the East Foyer and then exited the building at 3:13 p.m. as shown in IMAGE 24. He pulled his phone out, appearing to film or take photos again as he left the building.



**IMAGE 24** – TASKER films on his phone as he exits the Capitol building.

After TASKER left the Capitol building, he remained on the stairs and made a phone call. In third party video, TASKER can be overheard saying, "I was like the first person in Momma." IMAGE 1 is a screenshot from that video.

TASKER remained outside the Rotunda Doors for over an hour. During that time, TASKER changed from the Eddie Bauer Puffer Jacket to an orange and gray jacket. Earlier in the day, TASKER wore both jackets as shown in IMAGE 25.



**IMAGE 25** – TASKER wearing both jackets he brought to the Capitol.

While wearing his second jacket, TASKER flipped off officers through the doors while he said, "fuck you" as shown in IMAGE 26. IMAGE 27 shows TASKER when he confronted another rioter about harassing a female rioter. TASKER argued with the other rioter and asked, "Where's your mace?"



**IMAGE 26** – TASKER flips off officers behind the closed Rotunda Doors.



**IMAGE 27** – TASKER confronts another rioter about bothering a female rioter.

Sometime after 4:30 p.m., TASKER watched as another rioter played then-President Trump's video that told rioters to go home. After that rioter left, TASKER approached the Rotunda Doors a final time pointed at officers and said, "fuck you, fuck you, fuck you, you're cool, fuck you, I'm out.[1]" This is shown in IMAGE 28.

---

[1] This is a quote from the 1998 movie *Half Baked*, starring Dave Chappelle and Jim Breuer. One of the characters says this phrase as he quits his job.



**IMAGE 28** – TASKER tells police, "fuck you," through the Rotunda doors for a second time.

TASKER went down the East Stairs, but he remained on Capitol grounds. He appeared to talk on his phone as shown in IMAGE 29. Around 5 p.m., TASKER flipped police off for a third time as shown in IMAGE 30. TASKER remained on Capitol grounds until after 5:20 p.m.



**IMAGE 29** – TASKER on the phone on the East Plaza.



**IMAGE 30** – TASKER flips off officers on the East Plaza.

On January 6, 2021, TASKER was not authorized to be in any of the restricted areas on U.S. Capitol grounds, including the Capitol building.

Based on the foregoing, Your affiant submits there is probable cause to believe that TASKER violated 18 U.S.C. 231(a)(3), which, in pertinent part, makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out,

under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes. See 18 U.S.C. § 232(3). For purposes of Section 231 of Title 18, civil disorder means any public disturbance involving acts of violence by assemblages of three or more persons, which causes an immediate danger of or results in damage or injury to the property or person of any other individual. See 18 U.S.C. § 232(1).

Your affiant submits there is also probable cause to believe that TASKER violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties, where such acts involve physical contact with the victim or the intent to commit another felony. Persons designated within section 1114 of Title 18 include federal officers such as USCP officers and include any person assisting an officer or employee of the United States in the performance of their official duties.

Your affiant submits that there is probable cause to believe that TASKER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your affiant submits there is also probable cause to believe that TASKER violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this ___28th___ day of _____June_____ 2024.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE